| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 15 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ABRAHAM PORTNOV,

       Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

       Defendant - Appellee.

No. 21-15542

D.C. No. 3:21-cv-00067-EMC
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered January 21, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Jessica Flores
                Deputy Clerk
                Ninth Circuit Rule 27-7